**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

McIver Rembert Feagin, Jr., Appellant.

Appellate Case No. 2012-213695

―――――――――

Appeal From Florence County
Thomas A. Russo, Circuit Court Judge

―――――――――

Unpublished Opinion No. 2014-UP-460
Submitted November 1, 2014 – Filed December 17, 2014

―――――――――

**APPEAL DISMISSED**

―――――――――

Chief Appellate Defender Robert Michael Dudek, of Columbia; and McIver Rembert Feagin, Jr., pro se, for Appellant.

Matthew C. Buchanan, of the South Carolina Department of Probation, Parole & Pardon Services, of Columbia, for Respondent.

―――――――――

**PER CURIAM:** Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**WILLIAMS, GEATHERS, and McDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.